IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JONATHAN GUINES                                                                       PLAINTIFF

V.                                              CAUSE NO: 1:19-CV-00225-GHD-DAS

CLAY COUNTY, et al.                                                   DEFENDANTS

## JUDGMENT

On July 15, 2021, following a *Spears* hearing in this cause, the United States Magistrate Judge assigned to this case entered a Report and Recommendation, which was duly served by mail on the *pro se* Plaintiff at his last known address. To date, no objections have been filed, and the deadline for filing objections passed on July 29, 2021. The Court has reviewed the Report and Recommendation and found no plain error. It is, therefore, **ORDERED**:

1. That the Report and Recommendation [20] is **APPROVED AND ADOPTED** as the opinion of the Court;

2. That Plaintiff's claims against Defendants Clay County, Sheriff Eddie Scott and Larry Cooperwood will **PROCEED**; and

3. That Defendant City of West Point is **DISMISSED WITH PREJUDICE** from this action.

This, the 24 day of August, 2021.

**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**