IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JONATHAN GUINES**                                                    **PLAINTIFF**

**v.**                                                                    **No. 1:19CV225-GHD-DAS**

**CLAY COUNTY**
**SHERIFF EDDIE SCOTT**
**LARRY COOPERWOOD**
**CITY OF WEST POINT**                                    **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the motion [43] by the defendants for summary judgment is **GRANTED**. All of the plaintiff's claims are **DISMISSED** with prejudice on the merits and under the doctrine of qualified immunity, and, in the alternative, without prejudice for failure to exhaust administrative remedies. This case is **CLOSED**.

**SO ORDERED**, this, the 3rd day of November, 2022.

                                                        /s/ Glen H. Davidson
                                                        SENIOR U.S. DISTRICT JUDGE